UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>TYLER VALENZIA,<br><br>*Defendant*. | Case No. 1:26-MJ-24 |

**AFFIDAVIT IN SUPPORT OF A**
**CRIMINAL COMPLAINT**

I, Kathleen Callaway, being first duly sworn, hereby depose and state as follows:

**INTRODUCTION**

1. I am a Special Agent with the Federal Bureau of Investigation (FBI), and I have been so employed since May 2019. I am currently assigned to the FBI Washington Field Office's Child Exploitation and Human Trafficking Task Force, in which I investigate crimes involving the sexual exploitation of children, including but not limited to child sexual abuse material and human trafficking. As a Special Agent with the FBI, I received training on investigative techniques related to crimes involving the sexual exploitation of children, including obtaining and analyzing digital records, analyzing stored digital media, undercover activities, and the application for and execution of search and arrest warrants. I have conducted and assisted in federal child exploitation investigations and participated in the execution of numerous search warrants in support of child exploitation investigations. Through my training and experience, as well as through conversations with various law enforcement personnel and computer forensic examiners, I have become familiar with the methods of operation used by people who commit offenses involving the sexual

1

exploitation of children.

2. I have participated in investigations involving computer-related offenses and have executed search warrants, including those involving searches and seizures of computers, digital media, software, and electronically stored information. As part of my duties as a Special Agent, I investigate criminal child exploitation and child pornography violations (as defined in 18 U.S.C. § 2256), including the illegal production, distribution, transmission, receipt, and possession of child pornography, in violation of 18 U.S.C. §§ 2251, 2252, and 2252A, and crimes related to sex trafficking and other commercial sex offenses, in violation of 18 U.S.C. §§ 1591 and 1952. As a federal agent, I am authorized to investigate violations of laws of the United States, and as a law enforcement officer I am authorized to execute warrants issued under the authority of the United States.

3. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other law enforcement officers, witnesses, and/or agencies. Because this affidavit is being submitted for the limited purpose of securing a criminal complaint, I have not included every fact known to law enforcement concerning this investigation. Rather, I have set forth only the facts necessary to establish probable cause for the requested complaint.

4. I submit this affidavit in support of a criminal complaint charging TYLER VALENZIA ("VALENZIA") with sexual abuse, and attempted sexual abuse of a minor ("MV1"), in violation of Title 18 U.S.C. § 2251 (a) and (e). For the reasons set forth below, I submit that probable cause exists to believe that between on or about March 13, 2025 and on or about January 19, 2026, VALENZIA did employ, use, persuade, induce, entice, and coerce MV1, who was fourteen to fifteen years old and located in the Eastern District of Virginia, with the intent that

MV1 engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce and in or affecting interstate or foreign commerce; that such visual depiction was produced and transmitted using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer; and that such visual depiction was actually transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce.

## STATUTORY AUTHORITY AND DEFINITIONS

5. Sexual abuse of a minor, in violation of Title 18, United States Code, Section 2251(a), criminalizes the employment, use, persuasion, inducement, enticement, or coercion of any minor to engage in any sexually explicit conduct for the purpose of producing any visual depiction of such conduct, if such person knows, or has reason to know that such visual depiction will be transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce or mailed, if that visual depiction was produced or transmitted using materials that have been mailed, shipped, or transported in or affecting interstate or foreign commerce by any means, including by computer, or if such visual depiction has actually been transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce or mailed. Subsection (e) criminalizes an attempt to commit sexual abuse of a minor.

6. "Minor," as defined in 18 U.S.C. § 2256(1), refers to any person under the age of eighteen years.

7. "Sexually explicit conduct," as defined in 18 U.S.C. § 2256(2), means actual or

3

simulated (a) sexual intercourse, including genital-genital, oral-genital, anal-genital, or oral-anal, whether between persons of the same or opposite sex; (b) bestiality; (c) masturbation; (d) sadistic or masochistic abuse; or (e) lascivious exhibition of the genitals or pubic area of any person.

8.  The term "visual depiction," as defined in 18 U.S.C. § 2256(5) including undeveloped film and videotape, data stored on computer disc or other electronic means which is capable of conversion into a visual image, and data that is capable of conversion into a visual image that has been transmitted by any means, whether or not stored in a permanent format.

## STATEMENT OF PROBABLE CAUSE

9.  On or about November 19, 2025, MV1's father contacted the Loudoun County Sheriff's Office (LCSO) after observing alarming messages, including nude images, on his daughter's phone. MV1 is currently a 15-year-old girl who resides in the Eastern District of Virginia.

### MV1's Statement

10. On December 1, 2025, MV1 was forensically interviewed. MV1 indicated that VALENZIA direct messaged her on TikTok. After talking for less than a day, VALENZIA asked MV1 to move communications to Snapchat, which she did not have, so they moved to text messages. On or about March 13, 2025, MV1 and VALENZIA, who was using phone number 000-000-2394,[1] began texting.

11. MV1 told VALENZIA that she was a 14-year-old freshman in high school who resided in Virginia. VALENZIA indicated he was 27 years old, born on October 14, from Maryland, and currently residing in San Diego, California.

---

[1] I know the full phone number, but I redact it here for VALENZIA's privacy.

4

12. Throughout the course of their conversations, MV1 indicated she was a virgin. VALENZIA became "obsessed" with taking her virginity and meeting in person. In April 2025, VALENZIA flew from San Diego to Viriginia to meet MV1 in person. VALENZIA picked MV1 up from the Dulles Town Center mall in Sterling, Virginia and he drove her to a nearby hotel in the Eastern District of Virginia. Once at the hotel, VALENZIA engaged in vaginal intercourse with MV1. MV1 described the feeling as a dull knife being shoved into her. She asked VALENZIA to stop because it hurt but he kept going. VALENZIA pulled out before he finished on her stomach, which she described as "stuff fell on my stomach." After about an hour, VALENZIA took MV1 back to the mall.

13. In July 2025, MV1 went to Illinois to visit family. VALENZIA flew from San Diego to Illinois to visit MV1. VALENZIA rented an Airbnb close to where MV1 was staying. At night, MV1 snuck out of the house; VALENZIA picked her up and drove her to the Airbnb. A few hours later, VALENZIA took MV1 back to where she was staying. While at the Airbnb, VALENZIA engaged in sexual intercourse with MV1 on multiple occasions. While at the Airbnb, VALENZIA took a picture of himself with MV1.

14. MV1 indicated VALENZIA was constantly asking for nude images. MV1 did not feel comfortable sending images, but would instead send images of her cleavage. After months of communicating, MV1 stated she sent images of her bare chest and an explicit image. My review of the text messages reveals two close-up images of MV1's exposed vagina. VALENZIA also took a screenshot of MV1 while she was naked on Facetime. When it happened, she freaked out and asked, "did you take a picture of me?" VALENZIA said yes. She told him to delete it, but he would not and stated he did not want to. VALENZIA told her to relax, he was not going to show anybody.

## Text Messages Between VALENZIA and MV1

15. On December 12, 2025, MV1's father gave consent for the FBI to review the contents of her cellular telephone. The messages between MV1 and VALENZIA start on March 13, 2025, with VALENZIA stating, "Hey it's Tyler!"

16. On March 14, 2025, the following messages are exchanged:

| MV1 | VALENZIA |
|---|---|
| I'm too young for you if you know what's good for you | |
| | Wait why?? |
| i'm still in school [emoji] | |
| | So what? |
| high school | |
| | Wtf [emojis] I thought you were older lol |
| | Ohhh that makes sense on the voting thing [emojis] |
| no you didn't lmfao | |
| i'm not gonna tell. i still like you but i don't want to get you in trouble if i can help it | |
| | Aww I like you too you're really chill and I actually have so much fun talking to you |
| and you're gorg so you'll have no problems finding someone else [emoji] | |
| | Maybe I want you |
| actually? | |
| | Of course what guy wouldn't? You're really pretty and really cool. It's easy to talk to you |
| are you sure?? | |
| | Haha what you mean? I think you're a really good person so far from what I've seen :) |
| i'm not going to tell but i'm worried you're gonna get in trouble?? | |
| i mean i was kind of hoping you'd say that but also omg | |

6

| MV1 | VALENZIA |
|---|---|
| | Well we aren't technically doing anything wrong. I feel like we already invested a decent amount of time into talking with each other |
| | I'm not complaining though cause I like talking to you |

17. On March 20, 2025, the following messages occur:

| MV1 | VALENZIA |
|---|---|
| | That's crazy you're 5'2" 108 pounds at a 30 DD. I literally have found a gold mine |
| | Yeah you're not going anywhere!!!! |
| except i'm 14 [emojis] | |
| | I was literally about to say that |
| you either ho | |
| | Not gonna lie not trying to be weird but that's a plus since you look like that already. Just means you're gonna get hotter |

18. On April 14, 2025, MV1 and VALENZIA discuss meeting up at Dulles Town Center mall, including VALENZIA sending a picture of where he parked outside of Macy's. After meeting up in person, VALENZIA discusses sexual intercourse with MV1 to include the following messages:

| MV1 | VALENZIA |
|---|---|
| | Your body too is even better than I ever imagined |
| | You're so petite and your boobs so big like you have my dream build for a woman. Girls like you are so rare to find and also on top of that to have a good personality and on top of that be pretty in the face and be a virgin and so untouched like you. I literally won the lottery by finding you |

|   | Ugh your body made my body feel so good |
|---|---|
|   | I'm gonna be happy when I get you pregnant :) |
|   | In a perfect world I wish I could impregnate you now and everything be fine |

19. Throughout the messages with MV1, VALENZIA acknowledges her age. For example, on April 19, 2025, VALENZIA states, "Please let me get you pregnant at 14" and "I'm 26!!! My cock wasn't meant to fit inside 14 y/o pussy!!!!!!" On April 20, 2025, VALENZIA messages "Seeing you pregnant at 14 would literally make my cock explode anytime I see you [emoji]." On April 24, 2025, VALENZIA again comments "I get to impregnate a 14 year old [emojis]." On April 28, 2025, VALENZIA stated "I want my cum inside you at 14." On September 3, 2025, VALENZIA states "Ugh it would turn me on so much to get you pregnant at your age [emojis]."

20. On August 16, 2025, MV1 sent VALENZIA a close-up, sexually explicit image of her vagina with two fingers inserted. VALENZIA and MV1 then have the following exchange:

| MV1 | VALENZIA |
|---|---|
|   | Fuckkkk |
|   | Yes so good baby |
| A bit ago I was waiting for something like this when I could call!!! |   |
|   | Did you just take that?? |
|   | Do you have more of your pussy |
| yeah!! |   |
| I can take another!! |   |
|   | Show me without your fingers in it do I can see all of it |
|   | Show me without your fingers in it so I can see all of it |

8

MV1 then sends a close-up of her vagina with her fingers pulling her labia to expose her vagina. The following messages then occur:

| MV1 | VALENZIA |
|---|---|
|  | Ugh yesss |
| It's so small omg how are you able to fit in there??? |  |
|  | Your pussy looks ready for my cum!!! |
|  | I loved pumping my cum into my little girl |
| It's my job to take it [emoji] you're my daddy!! |  |
|  | You're so young to be having so much of my cum inside you |

<u>VALENZIA's Identity and Travel</u>

21. Throughout the text messages, VALENZIA sends multiple selfie style photos with his face clearly visible. The photos VALENZIA sent depict the same individual as shown in VALENZIA's driver's license.


*Image sent to MV1 (2025)*


*Driver's License Photo (2019)*

9

22. On December 23, 2025, legal process was served on Citibank for any records related to VALENZIA between March and December 2025. On December 26, 2025, Citibank responded indicating VALENZIA had one credit card. The following transactions were observed:[2]

| Date | Transaction | Description |
|---|---|---|
| 04/13/2025 | $816.37 | SOUTHWES DEPART: 04/13/25<br>SAN to PHX<br>PHX to IAD<br>IAD to DEN<br>DEN to SAN |
| 04/13/2025 | $278.24 | BKG*HOTEL at BOOKING.C |
| 04/14/2025 | $5.56 | WAWA in STERLING, VA |
| 04/15/2025 | $153.03 | GAMESTOP #4515 in DULLES, VA |
| 07/07/2025 | $190.00 | SOUTHWES DEPART 07/08/25<br>SAN to DEN<br>DEN to ORD<br>ORD to PHX<br>PHX to SAN |
| 07/07/2025 | $483.14 | AIRBNB |
| 07/08/2025 | $19.81 | SHELL OIL in MENDOTA, IL |
| 07/09/2025 | $69.43 | CVS/PHARMACY in MENDOTA, IL |
| 07/12/2025 | $471.26 | THRIFTY RAC |

23. On December 22, 2025, legal process was served on Southwest Airlines for any records related to VALENZIA between March and December 2025. On December 23, 2025, Southwest Airlines responded. Of note, on April 13, 2025, VALENZIA flew from San Diego International Airport (code SAN) to Washington Dulles International Airport (code IAD). On April 20, 2025, VALENZIA flew from Baltimore/Washington International Thurgood Marshall Airport (code BWI) to San Diego International Airport (code SAN). On July 8, 2025, VALENZIA flew from San Diego International Airport (code SAN) to Chicago O'Hare International Airport (code ORD). On July 11, 2025, VALENZIA flew from Chicago O'Hare International Airport (code ORD) to San Diego International Airport (code SAN). Each of these trips corroborates the

---

[2] This is not a full list of transactions.

communications between VALENZIA and MV1 about their meetings in the Eastern District of Virginia and Illinois, respectively.

24. On December 5, 2025, legal process was served on Best Western Dulles Airport Inn, located in Sterling, Virginia, for records related to VALENZIA. Best Western records reveal VALENZIA rented a room at the hotel through BOOKING.COM. He checked into the hotel on April 13, 2025, and checked out on April 15, 2025.

25. On January 5, 2026, legal process was served on Hertz Rent-a-car for records related to VALENZIA between March and December 2025. On January 6, 2026, Hertz responded that on July 8, 2025, VALENZIA, using telephone number ending in -2394[3] and California driver's license number W203XXXX,[4] rented a Toyota Corolla from Chicago O'Hare International Airport. VALENZIA returned the vehicle to Chicago O'Hare International Airport on July 11, 2025. The rental car was paid for by a credit card ending in -0596.

26. On December 23, 2025, legal process was served on Snap Inc. for records related to account tylervalenzia. On December 26, 2025, Snap responded the account was created on March 30, 2014, with email address tylervalenzia@gmail.com and phone number ending in -2394.

27. On January 5, 2026, legal process was served on Google for records related to email address tylervalenzia@gmail.com. On the same day, Google responded to the request indicating the account was created on September 20, 2014, under the name Tyler VALENZIA, with phone number ending in -2394.

28. On January 12, 2026, legal process was served on records related to an iCloud account associated with VALENZIA. Review of the iCloud account is pending. During the course

---

[3] The full number is known to me, but again redacted here for VALENZIA's privacy.
[4] The full number is known to me, but again redacted here for VALENZIA's privacy.

of that review, I saw several images of MV1, including at least two that were sexually explicit. In these images, MV1 is sitting on the floor of what appears to be her bedroom, naked with the camera a few feet in front of her and inserting her fingers into her vagina.

### VALENZIA's 2023 Conduct

29. Per VALENZIA's website, https://tylervalenzia.com/bio, VALENZIA grew up in Maryland. In 2018 VALENZIA enlisted in the Marine Corps where he was stationed in San Diego, California. VELNENZIA was promoted to sergeant before completing his service in 2023.

30. On December 17, 2025, your affiant contacted Naval Criminal Investigative Service (NCIS) within the Department of Defense- Navy. On December 21, 2025, NCIS provided two separate incident reports involving VALENZIA, including the following:

31. On August 7, 2023, a complaint was received that VALENZIA solicited images of a sexual nature from a 17-year-old civilian, MV2. The complaint that stated VALENZIA messaged multiple underage females sexually inappropriate messages via the social media application Snapchat. MV2 was interviewed in October 2023. During her interview, MV2 indicated she started following VALENZIA on TikTok and Instagram after seeing his Marine/fitness accounts. On May 29, 2023, MV2 messaged VALENZIA asking how he got into the Marine Corps. VALENZIA messaged back indicating "Your pretty cute" to which she responded she was 17 years old. On May 30, 2023, MV2 received messages and video chats from VALENZIA that were sexual in nature, including a video via Snapchat of himself masturbating. Upon VALENZIA's request, MV2 sent an image of herself topless in June 2023. VALENZIA was released from service on May 23, 2023. During her interview, MV2 stated that her communications with VALENZIA began on May 29, 2023. As VALENZIA was no longer subject to Uniform Code of Military Justice, the case was transferred to Culver City Police Department.

## Undercover Communications with VALENZIA

32. In December 2025, MV1's guardian authorized the FBI to take over MV1's account. On December 22, 2025, an FBI special agent acting in an undercover capacity (hereinafter the "UC") made contact with VALENZIA indicating that MV1 got her phone taken away and would be in contact shortly. VALENZIA indicated he wondered what would happen but missed her.

33. On January 17, 2026, the UC initiated contact again indicating that they got the phone back and the following text exchange occurred:

| "MV1" | VALENZIA |
|---|---|
|  | Ugh I missed you |
| i missed you so much honestly |  |
|  | My heart was hurting |
| i really hope you didn't move on [emoji] |  |
|  | No I didn't move on I was thinking about you all the time |
|  | I was worried you were with someone else |

34. On the same day, VALENZIA indicated he was in Maryland visiting his mother and did not know when he was returning to California.

| "MV1" | VALENZIA |
|---|---|
|  | I'm still in Maryland rn lol[5] |
| ARE YOU SERIOUS |  |
|  | Yes |
| YOURE SO CLOSE |  |
|  | I should be next to you though |
| soooooooo let's make it happen |  |
|  | I want you so bad |
| I want you so bad puhhhLEASE |  |
|  | You miss feeling me? |

---

[5] According to open source and law enforcement databases, VALENZIA's mother resides in Glen Burnie, MD.

13

| | |
|---|---|
| so badly I miss you every day and every night | |
| | Have you been touching yourself |
| honestly I've been so sad I haven't a lot but a few times maybe since we talked?? | |
| have you?? | |
| | Yea all the time I need you so bad |
| | I've been thinking about you a lot |
| | I was mad cause I thought someone else was having you |
| nooooo i am yours | |
| | Ugh I need to be inside you |
| how long are you in maryland?? | |
| I want you inside of meee | |
| | Idk yet I've just been staying at my moms |
| | I bet you're so tight rn [emojis] |
| | I need to see how you look |
| can you come see me [emoji] | |
| | I can try to!! |
| | I'm gonna destroy you next time I see you |
| [emoji] yes PLEASE | |
| i'll be even better for you this time | |
| | You need to be filled up by me |
| Yes please fill me up with your cum | |
| I've been thinking about swallowing a lot lately | |
| | Ugh im hard now baby |
| | You're still my little toy |
| | I wanna use you |

35. Throughout the course of the chats, VALENZIA and the UC posing as MV1 coordinate meeting at Dulles Town Center mall where VALENZIA will park at the Macy's as he previously did in April 2025 and get a hotel room nearby for them.

36. On or about January 19, 2026, VALENZIA rented a car and traveled from Glen Burnie, Maryland, to Dulles Town Center mall located in Sterling, VA, to meet with the UC posing as MV1. At approximately 3:55 PM, VALENZIA entered the Macy's where he was apprehended

by members of the FBI. VALENZIA was subsequently taken to Loudoun County Sheriff's Office-Eastern Station located at 46620 E Frederick Dr, Sterling, VA 20164 to be interviewed. VALENZIA was then transported to Alexandria Adult Detention Center in Alexandria, Virginia.

///

///

///

///

///

## CONCLUSION

37.  Based on the foregoing, I submit that there is probably cause to believe that between on or about March 13, 2025, and on or about January 19, 2026, TYLER VALENZIA, knowing that MV1 was 14 and then 15 years old, did employ, use, persuade, induce, entice, and coerce MV1, who was located in the Eastern District of Virginia, with the intent that MV1 engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce and in or affecting interstate or foreign commerce; that such visual depiction was produced and transmitted using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer; and that such visual depiction was actually transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, all in violation of Title 18 U.S.C. § 2251 (a) and (e), and I respectfully request that a criminal complaint be issued for VALENZIA.

Respectfully submitted,

KATHLEEN CALLAWAY
Digitally signed by KATHLEEN CALLAWAY
Date: 2026.01.20 12:02:00 -05'00'

Kathleen Callaway, Special Agent
Federal Bureau of Investigation

Subscribed and sworn to in accordance with Fed. R. Crim. P. 4.1 by telephone on January 20, 2026:

Lindsey R Vaala
Digitally signed by Lindsey R Vaala
Date: 2026.01.20 13:20:30 -05'00'

The Honorable Lindsey R. Vaala
United States Magistrate Judge
Alexandria, Virginia